# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3623
LT Case No. 2023-CA-024429

_____

WANDA NICHOLAS,

    Appellant,

    v.

EG AMERICA, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
D. Curtis Jacobus, Judge.

Wanda Nicholas, Daytona Beach, pro se.

Andrew G. Tuttle and Alexa C. Gebert, of Fowler White Burnett,
P.A., West Palm Beach, for Appellee.


June 18, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____